<u>**NOT FOR PUBLICATION**</u>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
:
PAPIE KARWEH,                       :      Civil Action No. 16-8122 (JMV)
:
              Petitioner,    :
:
v.                                   :      **OPINION**
:
CHARLES GREEN,                 :
:
              Respondent.   :
_____:

APPEARANCES:

PAPIE KARWEH
Essex County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105
        Petitioner, *pro se*

KRUTI D. DHARIA
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 01701

and

LAUREN ELIZABETH FASCETT
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C., 20044
        On behalf of Respondent.

**VAZQUEZ**, United States District Judge

        Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on October 31, 2016. (ECF No. 1.) He alleges a violation of his right to due process based on

prolonged detention in the custody of Immigration and Customs Enforcement. ("ICE"). (*Id.*) Petitioner is confined in Essex County Correctional Facility, and he has been in custody since April 28, 2016. (*Id.*, ¶2.)

Respondent submitted a letter response to the petition on March 10, 2017. (ECF No. 4.) Respondent does not object to a remand ordering an Immigration Judge to provide Petitioner with a bond hearing, in accordance with 8 C.F.R. § 1003.19(c). The Court will, therefore, grant the habeas petition and order Respondent to provide Petitioner with a bond hearing. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (due process requires that detention without bail pursuant to 8 U.S.C. § 1226(c) be limited to a reasonable period of time to further the goals of the detention statute.)

An appropriate Order follows.

Date April 24, 2017
At Newark, New Jersey

                                                 s/ John Michael Vazquez
                                                 JOHN MICHAEL VAZQUEZ
                                                 United States District Judge